# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MING WEI,

        Petitioner

        v.

COMMONWEALTH OF PENNSYLVANIA,
PENNSYLVANIA DEPARTMENT OF
HEALTH, PENNSYLVANIA STATE CIVIL
SERVICE COMMISSION, VERONICA
URDANETA, STEPHEN OSTROFF,
TIFFANY BURNHAUSER,

        Respondents

: No. 606 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.